UNITED STATES DISTRCT COURT
DISTRICT OF MINNESOTA

DANIEL LEMIRE,                                    Civ. No. 13-3235 (ADM/JSM)

    Plaintiff,                                        ORDER

v.

MENARD, INC.,

    Defendant.

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 7, 2014.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

This matter is dismissed without prejudice.  Plaintiff is directed to pay defendant's counsel $470 as previously ordered by the Magistrate Judge.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: November 26, 2014                   s/Ann D. Montgomery_____
                                           Ann D. Montgomery
                                           United States District Court